Joseph H. Harrington
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 7 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JUAN RIVERA<br>(a/k/a "Juan Rivera Cruz," "Juan Cruz Rivera," "Manuel Rivera," and "Camarón"),<br><br>      Defendant. | **2:19-CR-87-RMP**<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. § 2251(a), (e)<br>Conspiracy to Produce Child Pornography (Count 1)<br><br>18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br>Receipt of Child Pornography (Count 2)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography (Count 3)<br><br>8 U.S.C. § 1326<br>Alien in the United States After Deportation (Count 4)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

Between on or about May 18, 2017, and on or about June 1, 2017, in the Eastern District of Washington and elsewhere, the Defendant, JUAN RIVERA (a/k/a "Juan Rivera Cruz," "Juan Cruz Rivera," "Manuel Rivera," and "Camarón"), knowingly and willfully conspired and agreed with Maria Balbina Valdovinos-Mendoza to employ, use, persuade, induce, entice, and coerce Minor Victim 1, a minor girl who was 11 years of age, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

On or about June 3, 2017, in the Eastern District of Washington, the Defendant, JUAN RIVERA (a/k/a "Juan Rivera Cruz," "Juan Cruz Rivera," "Manuel Rivera," and "Camarón") did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the Internet, that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: visual depictions of Minor Victim 1, a minor girl who was 11 years of age, engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

INDICTMENT – 2

COUNT 3

On or about December 17, 2018, in the Eastern District of Washington, the Defendant, JUAN RIVERA (a/k/a "Juan Rivera Cruz," "Juan Cruz Rivera," "Manuel Rivera," and "Camarón") did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, or transported in interstate or foreign commerce, by any means including computer, to wit: visual depictions of Minor Victim 1, a minor girl who was 11 years of age, engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

COUNT 4

On or about December 17, 2018, the Defendant, JUAN RIVERA (a/k/a "Juan Rivera Cruz," "Juan Cruz Rivera," "Manuel Rivera," and "Camarón"), a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported, and removed from the United States on or about November 21, 2009, at San Ysidro, California, was found in the United States, in the Eastern District of Washington, and he then did not have the express consent of the Attorney General, or the Attorney General's successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 101, 202(3) & (4), 402 and 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

INDICTMENT – 3

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C § 2251(a), (e), 18 U.S.C § 2252A(a)(2), (b)(1), or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as charged in Counts 1 - 3 of this Indictment, the Defendant, JUAN RIVERA (a/k/a "Juan Rivera Cruz," "Juan Cruz Rivera," "Manuel Rivera," and "Camarón"), shall forfeit to the United States of America any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of that chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.  The property to be forfeited includes, but is not limited to:

- iPhone A1661 579C-E3087A;

- Samsung cell phone, SM-G900A in burgundy case, S/N: RF8G90WVZ8E;

- Toshiba laptop, S/N: 5C067961Q; and

- an SD card.

If any of the property described above, as a result of any act or omission of the Defendant:

a.       cannot be located upon the exercise of due diligence;

b.       has been transferred or sold to, or deposited with, a third party;

c.       has been placed beyond the jurisdiction of the Court;

d.       has been substantially diminished in value; or

INDICTMENT – 4

e.     has been commingled with other property which cannot be
divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property
pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this _7_ day of May, 2019.

A

___
Foreperson

Joseph H. Harrington
United States Attorney

David M. Herzog
Assistant United States Attorney

INDICTMENT – 5