1  Joseph H. Harrington
2  United States Attorney
   Eastern District of Washington
3  David M. Herzog
   Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99210-1494
   Telephone:  (509) 353-2767
6

7              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF WASHINGTON
8

9  UNITED STATES OF AMERICA,              Case No. 2:19-CR-00087-RMP

10                  Plaintiff,             Discovery Status Report

11            v.

12
   JUAN RIVERA
13 (a/k/a "Juan Rivera Cruz," "Juan Cruz
   Rivera," "Manuel Rivera," and
14 "Camarón"),

15

16                  Defendant.

17        The United States of America, by and through Joseph H. Harrington, United States

18
   Attorney for the Eastern District of Washington, and David M. Herzog, Assistant United
19
   States Attorney for the Eastern District of Washington, having met and conferred with
20
21 Mr. Matthew Campbell, counsel for Defendant Juan Rivera (a/k/a "Juan Rivera Cruz,"
22
   "Juan Cruz Rivera," "Manuel Rivera," and "Camarón") ("Defendant"), in the above-
23
24 captioned matter, hereby submits the following discovery status report, pursuant to the
25
   Court's pretrial order.  (ECF No. 17.)
26
27        1.    On May 7, 2019, a federal Grand Jury returned an Indictment charging
28 Defendant with the following:

Discovery Status Report - 1

a.      Count 1: Conspiracy to Produce Child Pornography, in violation of

18 U.S.C. § 2251(a), (e);

b.      Count 2: Receipt of Child Pornography, in violation of

18 U.S.C. § 2252A(a)(2)(A), (b)(1);

c.      Count 3: Possession of Child Pornography, in violation of

d.      18 U.S.C. § 2252A(a)(5)(B), (b)(2); and

e.      Count 4: Alien in the United States After Deportation, in violation of

8 U.S.C. § 1326.

(ECF No. 1.)

2.      On May 10, 2019, Defendant was arrested on those charges and made his

initial appearance before the Honorable John T. Rodgers, United States Magistrate Judge.

Judge Rodgers ordered Defendant detained.  (ECF No. 10.)

3.      On May 14, 2019, the Court ordered counsel to meet and confer regarding

discovery by no later than May 28, 2019, and to submit this report within three days

thereafter.  (ECF No. 17.)

4.      During the weeks of May 20 and 27, 2019, counsel for the United States and

Defendant met and conferred regarding protective orders in this case, given the fact that it

is a child exploitation case with an identified minor victim.  The United States and

Defendant agreed that upon the issuance of the proposed protective orders, the United

States will produce discovery to the defense according to the standard practice in place in

this District and pursuant to the Protective Orders.

Discovery Status Report - 2

5.      The protective orders will protect the identity of a minor child, and will

permit defense counsel and a defense forensic expert to review the contraband discovery

in the case at the offices of the Federal Bureau of Investigation ("FBI") in Spokane.

These provisions are necessary because the discovery in this case includes the bona fide

identity of the minor victim and pornographic images of that victim, recovered from

Defendant's electronic devices and elsewhere.  These are standard procedures used in this

District for child pornography and child exploitation cases of this kind.

6.      On May 28, 2019, the United States filed a joint stipulated motion and

unopposed motion for these protective orders.  (ECF Nos. 20, and 21.)  Upon the Court's

issuance of the protective orders, the United States will produce non-contraband

discovery to Defendant via the USAFx system, and will make available the non-

contraband discovery at the Spokane offices of the FBI.

7.      On May 28, 2019, the parties met and conferred regarding discovery and the

submission of this report.  Neither party indicated any new or additional discovery issues.

8.      The defense anticipates reviewing the electronic media and contraband

images at FBI.

1      9.      The United States will continue to produce discovery on a rolling basis as

2    any new discovery becomes available and is processed into the USAFx system.

3

4

5    DATED: May 28, 2019                    Joseph H. Harrington
                                            United States Attorney
6

7                                           *s/David M. Herzog*
                                            David M. Herzog
8                                           Assistant United States Attorney

9
                                            *s/Matthew Campbell (with permission)*
10                                          Matthew Campbell

11                                          Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Discovery Status Report - 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION**

I hereby certify that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Court and parties of record using the CM/ECF System.

*s/David M. Herzog*

David M. Herzog
Assistant United States Attorney

Discovery Status Report - 5